December 9, 2013

U.S. Bankruptcy Court, Arizona
230 N. First Avenue, Suite 101
Phoenix, AZ 85003-1727

RE: Case #2:13-bk-20581-GBM, Dan Bartoli

I have received notification of bankruptcy in the aforementioned case. The debt owed to me should not be discharged under Section 523(a)(15), as the debt is supposed to be paid "to a spouse, former spouse..." and was part of a divorce decree (Case #2006-092348) dated April 6, 2007.

The total debt owed is $107,033.46. Monthly payments of $2816.67 were required, starting April 1, 2007 through April 1, 2014. Payments ceased January of 2011, therefore, 38 monthly payments are still outstanding.

Please contact me if you need any further documentation and/or information.

Sincerely,

*[signature]*

Angela M. Gardner
1664 S. Constellation Way
Gilbert AZ 85295
480-313-5836

**FILED**

DEC 10 2013

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA